UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: _____The Superintendent of Souza Baranowski_____

YOU ARE COMMANDED to have the body of __Takari Elliott    (YOB 1992)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, _Boston_____, Massachusetts on __6/5/23__, at __2:00__, P.M. for the purpose of __Initial Appearance__ in the case of UNITED STATES OF AMERICA V. __Takari Elliott__ CR Number __21-cr-10354-WGY__.

And you are to retain the body of said __Takari Elliott__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Takari Elliott__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein. Dated this __24th__ day of __May, 2023__.

_____/s/ Donald L. Cabell_____
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

SEAL

By: _____/s/ Noreen Russo_____
Deputy Clerk