# **[PROPOSED] VERDICT FORM**

1. With respect to Count Two, conspiracy to violate RICO, we the jury unanimously find Takari Elliott (choose one):

    _____ Not Guilty

    _____ Guilty Beyond a Reasonable Doubt

**[If the jury's answer to question #1 is Not Guilty, skip question #2. If the jury finds Mr. Elliott Guilty Beyond a Reasonable Doubt, proceed to question #2.]**

2. We the jury unanimously find that Takari Elliott agreed that he or other members of the RICO enterprise would engage in the following racketeering activities in furtherance of the RICO enterprise:

    Sale and Distribution of Illegal Drugs

    _____Not Proven

    _____ One Act Proven Beyond a Reasonable Doubt

    _____ Two or More Acts Proven Beyond a Reasonable Doubt

    First degree murder of Manual Duarte

    _____ Not Proven

    _____ Proven Beyond a Reasonable Doubt