UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROMERO et al.,<br><br>Defendants | No. 21-cr-10354-JEK<br><br><u>FILED UNDER SEAL</u> |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned Assistant United States Attorney hereby notices his withdrawal as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

*/s/ Charles Dell'Anno*
CHARLES DELL'ANNO
Assistant United States Attorney

Dated: February 3, 2026